## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

| | |
|---|---|
| The Estate of John G. Guyaux and Mirian V. Guyaux, Deceased, and Gary Guyaux and Christy Guyaux, Heirs | : |
| | : |
| | : |
| | : |
| | : |
| v. | : No. 627 C.D. 2018 |
| | : |
| Township of North Fayette | : |
| | : |
| Appeal of: Christy Guyaux | : |

## **O R D E R**

NOW, June 27, 2019, having considered appellant's application for reargument and appellee's answer in response thereto, the application is denied.

MARY HANNAH LEAVITT,
President Judge